UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAUL CERVANTES,<br><br>    Plaintiff,<br><br>    v.<br><br>S BURCIAGA,<br><br>    Defendants. | No.  2:20-cv-0232 AC P<br><br><br>ORDER |

     Plaintiff is a state prisoner proceeding pro se with this civil rights action filed pursuant to 42 U.S.C. § 1983.  By order filed June 22, 2020, this case was referred to the court's Post-Screening ADR (Alternative Dispute Resolution) Project and stayed for period of 120 days.  See ECF No. 42.  That order accorded defendant the opportunity to request opting out of the ADR Project based on a good faith belief that a settlement conference would be unhelpful at the present time.  Id. at 2.  Sole defendant S Burciaga now requests to opt out of the ADR Project.  See ECF No. 48.  Having reviewed the request, as well as plaintiff's opposition (ECF No. 50), the court finds good cause to grant it.

     Accordingly, IT IS HEREBY ORDERED that:

     1.  Defendant's request to opt out of the Post-Screening ADR Project, ECF No. 48, is GRANTED;

     2.  The settlement conference scheduled for September 29, 2020, ECF No. 43, is VACATED;

1

3. The stay of this action, commencing June 22, 2020, ECF No. 42, is LIFTED; and

4. Defendant shall file and serve an answer to the complaint within 21 days after the filing date of this order; thereafter, the court will set a schedule for this case.

SO ORDERED.

DATED: August 24, 2020

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE