UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAUL CERVANTES, | No. 2:20-cv-0232 JAM AC P |
| Plaintiff, | |
| v. | ORDER |
| S. BURCIAGA, | |
| Defendant. | |

Plaintiff, a state prisoner proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983, has filed a motion for leave to file an amended complaint. ECF No. 79.

A plaintiff may amend his complaint once as a matter of course within "(A) 21 days after serving it, or (B) if the pleading is one to which a responsive pleading is required, 21 days after service of a responsive pleading or 21 days after service of a motion under Rule 12(b), (e), or (f), whichever is earlier." Fed. R. Civ. P. 15(a)(1). Defendant filed a motion to dismiss in this case on September 15, 2020. ECF No. 59. Plaintiff is therefore outside the time to file an amended complaint as a matter of course and must obtain leave of the court or defendant's consent. See Fed. R. Civ. P. 15(a)(2).

The motion to amend is not accompanied by a copy of the proposed amended complaint as required by the Local Rules, see L.R. 137(c), and it will therefore be denied without prejudice to a motion that includes a copy of the proposed amended complaint. Plaintiff is further advised

1

that any proposed amended complaint must contain all the claims he seeks to make. The court will not consider piecemeal allegations and filings.

Plaintiff has also filed a document styled as a motion to join claims in which he requests that the court serve defendant Burciaga on claims in a separate case, Cervantes v. Lee, No. 2:20-cv-2416 TLN DMC. ECF No. 80. Any requests related to the claims in Cervantes v. Lee must be filed in that case and the motion will therefore be denied.

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's motion to amend, ECF No. 79, is DENIED without prejudice to a motion accompanied by a proposed amended complaint.

2. Plaintiff's motion to join claims, ECF No. 80, is DENIED.

DATED: August 6, 2021

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE