IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **RAUL CERVANTES,** | Case No. 2:20-cv-0232 JAM AC P |
| Plaintiff, | ~~[PROPOSED]~~ ORDER |
| v. | |
| **S. BURCIAGA,** | |
| Defendant. | |

**GOOD CAUSE APPEARING,**

**IT IS ORDERED** that Defendant's Motion to Stay merits-based discovery and vacate deadlines, ECF No. 94, is GRANTED.  Discovery pertaining to issues other than the exhaustion of an administrative remedy and statute of limitations will not be permitted absent an order from this Court.  The deadlines in the Discovery and Scheduling Order are vacated.  A new Discovery and Scheduling Order will be issued, if necessary, after a final ruling on Defendant's Motion for Summary Judgment.

DATED: November 10, 2021

_/s/ Allison Claire_
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE